JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 709 -- IN RE HELICOPTER ACCIDENT NEAR AVONDALE, LOUISIANA, ON FEBRUARY 13, 1984

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/09/04 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SERVICE -- filed by pltfs. John J. Eakin and Thomas Turner -- SUGGESTED TRANSFEREE DISTRICT: E.D. OF LOUISIANA -- SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 86/09/10 | | SUPPLEMENTAL CERT. OF SV. ATTACHED TO PLEADING NUMBER ONE (1). (tmq) |
| 86/09/15 | | APPEARANCES: Paul H. Rothshchild, Esq. for FENN MANUFACTURING CO.; Les Mendelsohn, Esq. for JOHN J. EAKIN, ET AL., & THOMAS TURNER; James G. McIntire, Esq. for IGW SYSTEMS, INC.; Donald O. Collins, Esq. for LITTON PRECISION GEAR AND LITTON SYSTEMS, INC.; R.K. Christovich, Esq. for SIKORSKY AIRCRAFT COMPANY, DIVISION OF UNITED TECHNOLOGIES CORP.; Stephen P. Beiser, Esq. for INSURANCE COMPANY OF NORTH AMERICA, (intervenor pltf.) (tmq) |
| 86/09/18 | 2 | RESPONSE, BRIEF (to pldg. #1) -- Fenn Manufacturing Co., -- w/cert. of svc. (tmq) |
| 86/09/19 | 3 | RESPONSE, EXHIBIT A, AFFIDAVIT (to pldg. #1) -- IGW Systems, Inc. -- w/cert. of svc. (tmq) |
| 86/09/19 | 4 | RESPONSE (to pldg. #1) -- Litton Precision Gear and Litton Systems, Inc.'s -- w/cert. of svc. (tmq) |
| 86/09/25 | 5 | RESPONSE (to pldg. #1) -- Sikorsky -- w/cert. of svc. (tmq) |
| 86/10/02 | | APPEARANCE: Suzanne P. Keevers, Esq. for ORLANDO HELICOPTER AIRWAYS, INC. (tmq) |
| 86/10/07 | | SUPPLEMENTAL SERVICE (attached to pldg. #5) (tmq) |
| 86/10/17 | | HEARING ORDER -- Setting motion to transfer A-1 through A-6 for Panel hearing in Louisville, Kentucky on November 20, 1986 (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --  _____

| Date | No. | Pleading Description |
|---|---|---|
| 86/11/19 | | APPEARANCES FOR HEARING -- Louisville, Kentucky on November 20, 1986 -- Richard Secord or Les Mendelsohn, Esquires for John J. Eakin & Thomas Turner; R.K. Christovich, Esq. for Sikorsky Aircraft & United Technologies Corporation; Jeffrey C. McDermott, Esq. for IGW Systems, Inc. & Fenn Manufacturing Company; Stephen P. Beiser, Esq. for Insurance Company of North America. (paa) |
| 86/11/19 | | WAIVERS FOR ORAL ARGUMENT on November 20, 1986 in Louisville, Kentucky -- Donald O. Collins, Esq. for Litton Precision Gear & Litton Systems, Inc.; Suzanne P. Keevers, Esq. for Orlando Helicopter Airways, Inc. |
| 86/11/26 | | ORDER DENYING TRANSFER -- of litigation pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 709 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Helicopter Accident near Avondale, Louisiana, on February 13, 1984

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 20, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | November 26, 1986 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 11/26/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 709 -- In re Helicopter Accident near Avondale, Louisiana, on February 13, 1984

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John J. Eakin, et al. v. Fenn Manufacturing Co. | Conn. Cabranes | H86-146-JAC | | | | |
| A-2 | John J. Eakin, et al. v. Litton Precision Gear | Ill.,N. Norgle | 86-C-1042 | | | | |
| A-3 | John J. Eakin, et al. v. Indiana Gear Works, Inc., et al. | Ind.S. Noland | IP86-177C | | | | |
| A-4 | John J. Eakin, et al. v. Orlando Helicopter Airways, Inc., et al. | La.,E. Arceneaux | 84-3698-K-MAG5 | | | | |
| A-5 | Thomas Turner v. Orlando Helicopter Airways, Inc., et al. | La.,E. Arceneaux | 85-2830-K | | | | |
| A-6 | John J. Eakin, et al. v. Litton Industries, Inc., et al. | La.,E. Arceneaux | 86-0629 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 709 -- IN RE HELICOPTER ACCIDENT NEAR AVONDALE, LOUISIANA, ON

FEBRUARY 13, 1984

---

JOHN J. EAKIN, ET AL. (A-1,2,3,4 & 6)
THOMAS TURNER (A-5)
Les Mendelsohn, Esquire
Mendelsohn, Heidelberg & Beer, Inc.
1010 Interfirst Plaza
San Antonio, Texas 78205

INSURANCE COMPANY OF NORTH AMERICA
(intervenor plaintiff)
Stephen P. Beiser, Esquire
643 Magazine Street
New Orleans, Louisiana 70130

FENN MANUFACTURING COMPANY
Paul H. Rothschild, Esquire
Bacon, Wilson, Ratner, Cohen,
Salvage, Fialky & Fitzgerald, P.C.
111 Charter Oak Avenue
Hartford, Connecticut 06106

LITTON PRECISION GEAR AND LITTON
   SYSTEMS, INC.
Donald O. Collins, Esquire
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre
Attorneys at Law
Place St. Charles
201 St. Charles Avenue
New Orleans, Louisiana 70170

IGW SYSTEMS, INC.
James G. McIntire, Esquire
Krieg DeVault Alexander & Capehart
One Indiana Square, Suite #2800
Indianapolis, Indiana 46204

ORLANDO HELICOPTRER AIRWAYS, INC.

Suzanne P. Keevers
Sutherland & Judge
639 Loyola Avenue, Suite 1300
New Orleans, Louisiana 70113

SIKORSKY AIRCRAFT CO., DIVISION OF
UNITED TECHNOLOGIES CORPORATION
R.K. Christovich, Esquire
Christovich & Kearny
Attorneys at Law
1900 American Bank Building
200 Carondelet Street
NEW ORLEANS, LOUISIANA 70130-2904

LITTON INDUSTRIES, INC.
(Unable to determine address of defendant
or counsel)

JPML FORM 3

p. __1__

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __709__ -- In re Helicopter Accident near Avondale, Louisiana, on February 13, 1984

| Name of Party | Named as Party in Following Actions |
|---|---|
| Fenn Manufacturing Company | A-1 |
| ✓ Litton Precision Gear (Division of Litton Systems, Inc.) | A-2 |
| ✓ IGW Systems, Inc. (Indiana Gear Works, Inc.) | A-3 |
| Orlando Helicopter Airways, Inc. | A-4, A-5 |
| ✓ Sikorsky Aircraft Division | A-4 |
| Litton Industries, Inc. | A-6 |