JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 26 1986

PATRICIA D. ___
CLERK OF THE P___

DOCKET NO. 709

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HELICOPTER ACCIDENT NEAR AVONDALE, LOUISIANA, ON FEBRUARY 13, 1984

ORDER DENYING TRANSFER*

    Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, submitted by the two plaintiffs seeking to centralize in the Eastern District of Louisiana -- or, alternatively, in the Southern District of Florida -- the six actions pending in four districts listed on the attached Schedule A for coordinated or consolidated pretrial proceedings. Sikorsky Aircraft, a defendant in the Louisiana actions, supports centralization in the Louisiana forum. The Indiana, Connecticut and Illinois defendants oppose transfer. The Illinois defendant alternatively suggests centralization in the Northern District of Illinois.

    On the basis of the papers filed and the hearing held, we find that, although the actions in this litigation involve some common questions of fact, Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of this litigation. We point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*    Judge Louis H. Pollak took no part in the decision of this matter.

SCHEDULE A

MDL-709 -- <u>In re Helicopter Accident Near Avondale, Louisiana, on February 13, 1984</u>

    <u>District of Connecticut</u>

<u>John J. Eakin, et al. v. Fenn Manufacturing Co.</u>, C.A. No. H86-146-JAC

    <u>Northern District of Illinois</u>

<u>John J. Eakin, et al. v. Litton Precision Gear</u>, C.A. No. 86-C-1042

    <u>Southern District of Indiana</u>

<u>John J. Eakin, et al. v. Indiana Gear Works, Inc., et al.</u>, C.A. No. IP86-177C

    <u>Eastern District of Louisiana</u>

<u>John J. Eakin, et al. v. Orlando Helicopter Airways, Inc., et al.</u>, C.A. No. 85-3698-K-MAG5
<u>Thomas Turner v. Orlando Helicopter Airways, Inc., et al.</u>, C.A. No. 85-2830-K
<u>John J. Eakin, et al. v. Litton Industries, Inc., et al.</u>, C.A. No. 86-0629